The Peoples Ice Company, a corporation under the laws of Florida, Appellant, v. C. S. Hammatt, Appellee.

### In Banc.

Appeal from Circuit Court, Duval county; Rhydon M. Call, Judge.

Chas. L. Fildes for appellant.

No appearance for appellee.

The bill in this cause was filed by the appellant against the appellee. There was judgment for the defendant, and the complainant appeals. The appeal is dismissed for failure to file briefs.